AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| ABRAHAM GUR and JORGE MALDONADO, on behalf of themselves and on behalf of all other similarly situated persons. <br> *Plaintiff* <br> v. <br> BEN'S LUXURY CAR AND LIMOUSINE SERVICE, INC., HENRY ZILBERMAN, ABRAHAM MZOUZ, AND PINHAS GADI <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. <br><br> **CV 13-3330** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ben's Luxury Car & Limousine Service
11-01 43rd Avenue
Long Island City, NY 11101-6814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:   06/11/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ABRAHAM GUR and JORGE MALDONADO,
on behalf of themselves and on behalf of all
other similarly situated persons.

*Plaintiff*

v.   Civil Action No.

BEN'S LUXURY CAR AND LIMOUSINE SERVICE, INC.,
HENRY ZILBERMAN, ABRAHAM MZOUZ, AND PINHAS GADI

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Henry Zilberman
11-01 43rd Avenue
Long Island City, NY 11101-6814

CHEN, J.

POHORELSKY, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date:   06/11/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| ABRAHAM GUR and JORGE MALDONADO, on behalf of themselves and on behalf of all other similarly situated persons. | ) ) ) ) | |
| *Plaintiff* | ) | Civil Action No. CV 13 3330 |
| v. | ) | |
| BEN'S LUXURY CAR AND LIMOUSINE SERVICE, INC., HENRY ZILBERMAN, ABRAHAM MZOUZ, AND PINHAS GADI | ) ) ) | CHEN, J. |
| *Defendant* | ) | |

POHORELSKY, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pinhas Gadi
11-01 43rd Avenue
Long Island City, NY 11101-6814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 06/11/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

ABRAHAM GUR and JORGE MALDONADO, on behalf of themselves and on behalf of all other similarly situated persons.

*Plaintiff*

v.

BEN'S LUXURY CAR AND LIMOUSINE SERVICE, INC., HENRY ZILBERMAN, ABRAHAM MZOUZ, AND PINHAS GADI

*Defendant*

Civil Action No.

CV 13-3330

CHEN, J.

POHORELSKY, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Abraham Mzouz
11-01 43rd Avenue
Long Island City, NY 11101-6814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David E. Gottlieb
Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date:   06/11/2013

*Signature of Clerk or Deputy Clerk*