UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ABRAHAM GUR and JORGE MALDONADO, on behalf of themselves and on behalf of all other similarly situated persons,

                    Plaintiffs,

v.

BEN'S LUXURY CAR AND LIMOUSINE SERVICE, INC., HENRY ZILBERMAN, ABRAHAM MZOUZ, AND PINHAS GADI

                    Defendants.

-----------------------------------------------------------------x

Civil Action No.

**CONSENT FORM**

I hereby consent to join as a party plaintiff in the above-captioned matter seeking damages and other relief that may be appropriate against Defendants Ben's Luxury Car and Limousine Service, Inc., Henry Zilberman, Abraham Mzouz, and Pinhas Gadi for their alleged violations of the Fair Labor Standards Act. I understand that by filing this Consent Form, I will be bound by the judgment of the Court, whether favorable to me or not.

Name:        Abraham Gur

Address:     2626 Jackson, 1203, Long Island City, NY  11101

Telephone:  646-322-2200

Email:       avigur@earthlink.net

Signature: /s/ Abraham Gur

Date: 06/10/2013