UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— X
ABRAHAM GUR and JORGE MALDONADO, on
behalf of themselves and on behalf of all other
similarly situated persons,

                          Plaintiffs,

         v.

BEN'S LUXURY CAR AND LIMOUSINE
SERVICE, INC., HENRY ZILBERMAN,
ABRAHAM MZOUZ, AND PINHAS GADI,

                          Defendants.
———————————————————————— X

**NOTICE OF APPEARANCE**

Civil Action No.: 13-CV-3330
(PKC)(VVP)

      **PLEASE TAKE NOTICE** that Windels Marx Lane & Mittendorf, LLP, the undersigned attorneys, appear herein as counsel for Defendants, Ben's Luxury Car and Limousine Service, Inc., Henry Zilberman, Abraham Mzouz, and Pinhas Gadi.

Date:  June 24, 2013
         New York, New York

                          **WINDELS MARX LANE & MITTENDORF, LLP**

                          By:      /s/
                                Scott R. Matthews
                                156 West 56th Street
                                New York, New York 10019
                                T: (212) 237-1000
                                F: (212) 262-1215
                                smatthews@windelsmarx.com
                                *Attorneys for Defendants*

To:    Douglas H. Wigdor, Esq.
        David E. Gottlieb, Esq.
        Thompson Wigdor LLP
        85 Fifth Avenue, Fifth Floor
        New York, New York 10003
        *Attorneys for Plaintiffs*

{10866198:1}