UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— X
ABRAHAM GUR and JORGE MALDONADO, on behalf of themselves and on behalf of all other similarly situated persons,

                    Plaintiffs,

        v.

BEN'S LUXURY CAR AND LIMOUSINE SERVICE, INC., HENRY ZILBERMAN, ABRAHAM MZOUZ, AND PINHAS GADI,

                    Defendants.
———————————————————————— X

**NOTICE OF APPEARANCE**

Civil Action No.: 13-CV-3330 (PKC)(VVP)

**PLEASE TAKE NOTICE** that Windels Marx Lane & Mittendorf, LLP, the undersigned attorneys, appear herein as counsel for Defendants, Ben's Luxury Car and Limousine Service, Inc., Henry Zilberman, Abraham Mzouz, and Pinhas Gadi.

Date:   June 24, 2013
         New York, New York

                        **WINDELS MARX LANE & MITTENDORF, LLP**

                        By:     /s/
                                Shawn D. Fabian
                                156 West 56th Street
                                New York, New York 10019
                                T: (212) 237-1000
                                F: (212) 262-1215
                                sfabian@windelsmarx.com
                                *Attorneys for Defendants*

To:   Douglas H. Wigdor, Esq.
       David E. Gottlieb, Esq.
       Thompson Wigdor LLP
       85 Fifth Avenue, Fifth Floor
       New York, New York 10003
       *Attorneys for Plaintiffs*

{10866206:1}