UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ABRAHAM GUR and JORGE MALDONADO,               :
on behalf of themselves and on behalf of all other   :
similarly situated persons,                                        :          Civil Action No.  13-cv-3330 (PKC) (VVP)
                                                                               :
                                             Plaintiffs,               :
                                                                               :          **NOTICE OF MOTION**
                          v.                                             :
                                                                               :
BEN'S LUXURY CAR AND LIMOUSINE           :
SERVICE, INC., HENRY ZILBERMAN,             :
ABRAHAM MZOUZ, AND PINHAS GADI,        :
                                                                               :
                                             Defendants.             :
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that pursuant to 29 U.S.C. § 216(b), Plaintiffs Abraham Gur

and Jorge Maldonado (together, "Plaintiffs"), on behalf of themselves individually and on behalf

of all similarly situated persons, will move this Court, at the United States Courthouse located at

225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable Pamela K. Chen, on a date

at a time to be designated by the Court, for an order: (1) granting conditional certification of

Plaintiffs' claims under the Fair Labor Standards Act, (2) authorizing Plaintiffs to send notice of

this action and a consent form to members of the putative collective, (3) directing Defendants to

provide Plaintiffs with the name, address, phone number, email address and dates of employment

for the members of the putative collective, (4) approving the posting of the notice in a

conspicuous location at Defendants' place of business, and (5) awarding Plaintiffs such other and

further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b),

Defendants' opposition papers are due by or before August 6, 2013; and Plaintiffs' reply papers

are due by or before August 13, 2013.  Oral argument will be scheduled, if necessary, at a date

and time designated by the Court.

Dated: July 24, 2013
      New York, New York

                                            Respectfully submitted,

                                            THOMPSON WIGDOR LLP

                                            By: _____
                                                Douglas H. Wigdor
                                                David E. Gottlieb

                                          85 Fifth Avenue
                                          New York, NY 10003
                                          Telephone: (212) 257-6800
                                          Facsimile: (212) 257-6845
                                          dwigdor@thompsonwigdor.com
                                          dgottlieb@thompsonwigdor.com

                                          *Attorneys for Plaintiffs*
                                          *and the Putative Collective*